**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG**

SAJAWAL ALI SOHAIL

      Plaintiff,

v.                               CIVIL ACTION NO. 1:25-CV-40
                                         (KLEEH)

SECRETARY OF THE U.S. DEPARTMENT
OF HOMELAND SECURITY, et al.

      Defendants.

### ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties have filed a stipulation of dismissal. ECF No. 11.  Accordingly, this action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: April 6, 2026

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA